IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NANCY GARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 12-cv-607 |
| v. | ) |
| | ) |
| ASSET ACCEPTANCE, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please take notice that attorney Daniel A. Edelman of Edelman, Combs, Latturner & Goodwin, LLC appears on behalf of plaintiff Nancy Gard.

Dated at Chicago, Illinois this 13th day of June 2012.

        s/ Daniel A. Edelman
        Daniel A. Edelman
        Attorney for Plaintiff
        EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
        120 S. LaSalle St., 18th Floor
        Chicago, IL 60603
        Tel: 312-739-4200
        Fax: 312-419-0379
        Email: dedelman@edcombs.com